## District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 12/15/2006                                  Case Number 2:02-cr-234
Case Style: USA vs. DANNY RAY WELLS
Type of Hearing Resentencing
2512-Faber
Court Reporter Ayme Cochran              Courtroom Deputy Susan Howie
Attorney(s) for the Plaintiff or Government R. Booth Goodwin

Attorney(s) for the Defendant(s) John R. McGhee

Law Clerk Allison Skinner              Probation Officer Ruth Loftis

### Trial Time

### Non-Trial Time

### CourtTime

1:00 pm   to 1:27 pm
Total Court Time: 0 Hours 27 Minutes Non-Trial Time/Uncontested Time

### Courtroom Notes

Scheduled Start Time: 1:00 p.m.
Actual Start Time:  1:00 p.m.
Counsel noted their appearances.  Defendant present and represented by counsel, appears re:
4CCA opinion affirming conviction, vacating sentence, and remanding for resentencing.
Guideline findings made.
Base Offense Level: 19
Total Offense Level: 27
Criminal History Category: I
Custody Range: 70-87 months
Supervised Release: 2-3 years
Fine Range: $12,000-$125,000
Restitution: $4,197.00
Special Assessment: $100.00
No objections to findings.
Mr. McGhee objects to the enhancements, Mr. Goodwin responds and Mr. McGhee replies.
Objections overruled.
Mr. Goodwin sets forth argument on motion for upward departure. Mr. McGhee responds. Motion Denied.
Argument on Guideline sentence by Mr. McGhee, Defendant addresses the Court, response by Mr. Goodwin.
Sentence imposed as follows:
Custody: 87 months imprisonment
Supervised Release: 3 years
Restitution $4,197.00
Special Assessment: $100.00
Fine waived.
No objections by Mr. Goodwin or Mr. McGhee re: sentence imposed.
Findings made.

## District Judge Daybook Entry

Defendant advised he has ten days to appeal.
Court adjourned 1:27 p.m.